On petition for review from the Court of Appeals filed January 14, 1997,* petition for review allowed, decision of Court of Appeals and order of Board of Parole and Post-Prison Supervision vacated, case remanded to Board of Parole and Post-Prison Supervision for further consideration October 22, 1998

STEVEN D. GARRATT,
*Petitioner on Review,*

*v.*

BOARD OF PAROLE AND
POST-PRISON SUPERVISION,
*Respondent on Review.*

(CA A90817; SC S43921)

965 P2d 1022

Hari Nam S. Khalsa, Deputy Public Defender, Salem, filed the petition for petitioner on review. With him on the petition was Sally L. Avera, Public Defender.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Durham, Kulongoski, and Leeson, Justices.

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The order of the Board of Parole and Post-Prison Supervision is vacated. The case is remanded to the Board of Parole and Post-Prison Supervision for further consideration in light of *Noble v. Board of Parole*, 327 Or 485, 964 P2d 990 (1998).

---

* Judicial review from Board of Parole and Post-Prison Supervision, 145 Or App 254, 927 P2d 1121 (1996).